# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

___

| | |
|---|---|
| DENICIA RANKIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 17-1050-STA-egb |
| | ) |
| JACKSON MADISON | ) |
| COUNTY GENERAL HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

___

# ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
# AND
# ORDER DENYING DEFENDANT'S MOTION TO DISMISS
___

Before the Court is the United States Magistrate Judge' Report and Recommendation that Defendant's Motion to Dismiss (ECF No. 11) be denied. The Magistrate Judge submitted his Report and Recommendation on February 1, 2018. Objections to the Report and Recommendation were due within fourteen (14) days of the entry of the Report, making the objections due no later than February 15, 2018. To date neither party has filed any objections to the Magistrate Judge's Report.

Having reviewed the Magistrate Judge's Report and Recommendation *de novo* and the entire record, the Court hereby **ADOPTS** the Report. Defendant's Motion to Dismiss is **DENIED**. Plaintiff is granted an additional forty-five (45) days from the entry of this order in which to effectuate proper service on Defendant. Plaintiff is required to file an amended complaint to correct the naming error in the complaint during the forty-five (45) days to effectuate service.

**IT IS SO ORDERED.**

           **s/ S. Thomas Anderson**
           S. THOMAS ANDERSON
           CHIEF UNITED STATES DISTRICT JUDGE

           Date: February 16, 2018