UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **DENICIA RANKIN,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **JACKSON MADISON GENERAL HOSPITAL,** | CASE NO: 17-1050-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Plaintiff's Motion To Dismiss Without Prejudice entered on March 8, 2019, this cause is hereby DISMISSED without prejudice.

APPROVED:

s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 3/8/2019

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk